IN THE UNITED STATES DISTRICT COURT
FOR THE NEW HAMPSHIRE

| | |
|---|---|
| IN RE: HOMELAND SECURITY INVESTIGATIONS SUMMONS NO. ICE-HSI-MF-2021-00072 | Case No. 1:20-mc-00101<br><br>**Filed Under Seal – Level I** |

MOTION TO EXTEND SEAL AT LEVEL I: ENITRE MATTER REGARDING HOMELAND SECURITY INVESTIGATIONS SUMMONS

In the above captioned case, the United States of America respectfully moves to extend the seal at Level I, the entire matter including the application, the summons attachment, any order, and the corresponding docket text entries for 180 days, expiring on November 22, 2021, except that the government may later disclose these materials to comply with its discovery obligations under the local rules.

Under Federal Rule of Criminal Procedure 49.1(d) and Local Rule 83.12(a)(1), the Court has authority to grant this motion.

The Court should extend the seal of these documents because they contain sensitive information, which, if prematurely released, may compromise an ongoing criminal investigation. Accordingly, there is reason to believe that notification of the existence of the summons will seriously jeopardize the investigation or unduly delay a trial, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, intimidate potential witnesses, or endanger the life or physical safety of an individual. *See* 18 U.S.C. § 2705(b). Some of the evidence in this investigation is stored electronically. If alerted to the existence of the summons, the subjects under investigation could destroy that evidence, including information saved to their personal computers.

Motion To Extend Seal of Entire Matter Related to Summons
Page 2 of 2

      This motion is not intended to preclude the executing officer from serving a copy of the application and a receipt for any property seized as required by Federal Rule of Criminal Procedure 41(f)(1)(C).

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | JOHN J. FARLEY<br>Acting United States Attorney |
| Dated: May 26, 2021 | By: /s/ Georgiana L. MacDonald<br>Georgiana L. MacDonald<br>Assistant United States Attorney |

Motion:  ☐ Granted  ☐ Denied

_____
Andrea K. Johnstone
United States Magistrate Judge
United States District Court
District of New Hampshire
Date: _____