IN THE UNITED STATES DISTRICT COURT
FOR THE NEW HAMPSHIRE

| | |
|---|---|
| IN RE: HOMELAND SECURITY INVESTIGATIONS SUMMONS NO. ICE-HSI-MF-2021-00072 | Case No. 1:20-mc-00101<br><br>Filed Under Seal – Level I |

### ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an extension of its Order commanding CUMONPRINTEDPICS.COM, an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers or customers of the account(s) listed in the summons) of the existence of the attached summons until 180 days from the date of this Order.

The Court determines that there is reason to believe that notification of the existence of the attached summons will seriously jeopardize the investigation, including by giving targets an opportunity to destroy or tamper with evidence. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that CUMONPRINTEDPICS.COM shall not disclose the existence of the attached summons, or this Order of the Court, to the listed subscriber or to any other person, for a period of 180 days from the date of this Order, except that CUMONPRINTEDPICS.COM may disclose the attached summons to an attorney for CUMONPRINTEDPICS.COM for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

| | |
|---|---|
| 5/26/2021 | /s/ Andrea K. Johnstone |
| Date | United States Magistrate Judge |

**Homeland Security Investigations**
**275 Chestnut Street**
**Suite 307**
**Manchester, NH 03101**



# Cover Sheet

**To:** Cumonprintedpics.Com
PO Box 0823-03411
Panama
Panama

Contact Phone: 507-836-5503

**Date** 12/1/2020
**Electronic Service Methods:**

**Fax:** (Not Available)

**E-Mail:** contact@cumonprintedpics.com

**From:** Ronald M. Morin

☐ Urgent   ☒ Action   ☐ Concurrence   ☐ FYI

**Phone:** 603-629-2716

**Number of pages including cover:** 5

**Comments**:

Attached is subpoena/summons #: ICE-HSI-MF-2021-00072.

Please respond by December 15, 2020

Child Exploitation Investigation DO NOT DISCLOSE

| 1. To (Name, Address, City, State, Zip Code) <br> Cumonprintedpics.Com <br> PO Box 0823-03411 <br> Panama <br> Panama | DEPARTMENT OF HOMELAND SECURITY <br><br> **SUMMONS** <br><br> to Appear and/or Produce Records <br> 19 U.S.C. § 1509 |
|---|---|

Summons Number   ICE-HSI-MF-2021-00072

By the service of this summons upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

(A) ☐ **APPEAR** before the U.S. Customs and Border Protection (CBP) Officer or U.S. Immigration and Customs Enforcement (ICE) Special Agent named in Block 2 at the place, date and time indicated to testify and give information.

(B) ☒ **PRODUCE** the records (including statements, declarations, and other documents) indicated in Block 3 before the CBP Officer or ICE Special Agent named in Block 2 at the place, date and time indicated.

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry to ascertain the correctness of entries, to determine the liability for duties, taxes, fines, penalties, or forfeitures, and/or to ensure compliance with the laws or regulations administered by CBP and ICE.

Failure to comply with this summons will render you liable to proceedings in a U.S. District Court to enforce compliance with this summons as well as other sanctions.

| 2. (A) CBP Officer or ICE Special Agent before whom you are required to appear | (B) Date |
|---|---|
| Name: Ronald M. Morin <br> Title: Special Agent <br> Address: Homeland Security Investigations <br> 275 Chestnut Street <br> Suite 307 <br> Manchester, NH 03101 <br> Telephone Number: 603-629-2716   Fax: (Not Available) | December 15, 2020 <br><br> (C) Time <br><br> 9:00 AM |

3. Records required to be produced for inspection

Please see attached continuation page.

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede this investigation and thereby interfere with the enforcement of federal law.*

Issued under authority of section 509, Tariff Act of 1930, as amended by Pub. L. No. 95-410 (19 U.S.C. § 1509); 44 F.R. 2217; Homeland Security Act of 2002

| 4. Name of person authorized to serve this summons or any other CBP Officer or ICE Special Agent <br><br> Ronald M. Morin | 5. Date of issue   December 2, 2020 <br><br> By _David Magdycz_ <br> (Signature) |
|---|---|
| | 6. Name, title, address and telephone number of person issuing this summons <br> Name: David J. Magdycz <br> Title: Acting Special Agent In Charge <br> Address: Homeland Security Investigations <br> 10 Causeway Street <br> Boston, MA 02222 <br> Telephone: 617-565-7401 |

If you have any questions regarding this summons, contact the CBP Officer or ICE Special Agent identified in Block 2.

DHS Form 3115 (6/09)

**CERTIFICATE OF SERVICE AND ACKNOWLEDGMENT OF RECEIPT**

| **A. CERTIFICATE OF SERVICE OF SUMMONS** |||
|---|---|---|
| I certify that I served the summons on the front of this form as follows: |||
| ☐ I delivered a copy of the summons to the person to whom it was directed, as follows: | Address or Location | Date |
| | | Time ☐ a.m. ☐ p.m. |
| ☐ (For corporations, partnerships, and unincorporated associations which may be sued under a common name) I delivered a copy of the summons to an officer, managing or general agent, or agent authorized to accept service of process as follows: | Address or Location | Date |
| | | Time ☐ a.m. ☐ p.m. |
| | Name of person to whom the summons was delivered | |
| Signature |||
| Title | | Date |

| **B. ACKNOWLEDGMENT OF RECEIPT** ||||
|---|---|---|---|
| I acknowledge receipt of a copy of the summons on the front of this form. ||||
| Signature ||||
| Title | | Date | Time ☐ a.m. ☐ p.m. |

DHS Form 3115 (6/09)

| | |
|---|---|
| 1. To (Name, Address, City, State, Zip Code)<br>Cumonprintedpics.Com<br>PO Box 0823-03411<br>Panama<br>Panama | DEPARTMENT OF HOMELAND SECURITY<br><br>**SUMMONS** (Continuation)<br><br>to Appear and/or Produce Records<br>19 U.S.C. § 1509 |

Summons Number   ICE-HSI-MF-2021-00072

3. Records required to be produced for inspection (continued)

The following applies if checked:

| ☒ | **Child Exploitation:** This subpoena is in regard to an investigation involving Child Exploitation and/or transmission of Child Pornography via the internet. Please do not disclose/notify the user of the issuance of this subpoena. Disclosure to the user could impede an investigation or obstruct justice. |
|---|---|

Pursuant to an investigation being conducted by the Department of Homeland Security, Homeland Security Investigations, as authorized by Title 18, United States Code, Section 2703(c)(2), please disclose the following information:

Subscriber Information: Please provide the name, address, connection records (including IP addresses for all sessions, including the IP address used to set up the account) or records of session times, duration, length of service (including start date) and types of service utilized; telephone or instrument number or other subscriber number or identity, including any temporary assigned network address; means of source of payment for such service (including credit card and/or bank account number) for the following user accounts:

beattitstodeath

10987654321

sabine

uncle.joey

troyaikman

lornaismybitch

From account creation date to present date

**Method of Response:**

  **Preferred:**

  Return the requested records in an accessible data file format such as ".XLS", ".CSV", ".TXT", or ".PDF". The data file(s) should be delivered via e-mail to Special Agent Ronald M. Morin at Ronald.M.Morin@ice.dhs.gov.

  NOTE: The ICE e-mail system limits incoming messages containing file attachments to 10 MB. For larger files send the summons response in multiple e-mail messages.

  **Alternates:**

  The records should be delivered to Special Agent Ronald M. Morin at U.S. Immigration and Customs Enforcement, Homeland Security Investigations, 275 Chestnut Street, Suite 307, Manchester, NH 03101.

  If you have questions, please contact Special Agent Ronald M. Morin at 603-629-2716.

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede this investigation and thereby interfere with the enforcement of federal law.*

Box 3 (continued) – Page 1 of 2

**1. To (Name, Address, City, State, Zip Code)**
Cumonprintedpics.Com
PO Box 0823-03411
Panama
Panama

DEPARTMENT OF HOMELAND SECURITY

**SUMMONS** (Continuation)

**to Appear and/or Produce Records**
19 U.S.C. § 1509

Summons Number   ICE-HSI-MF-2021-00072

3. Records required to be produced for inspection (continued)

End of Document

Box 3 (continued) – Page 2 of 2